| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | NATALIE LEE (CABN 277362)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>FAX: (415) 436-7234 |
| 8 | Natalie.Lee2@usdoj.gov |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 4-13-71470 MAG |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING APPEARANCE |
| v. | ) ) | |
| RUBEN CHAVEZ, | ) ) | |
| Defendant. | ) ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of May 20, 2014 at 9:30 a.m. before the duty Magistrate Judge and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(b), from April 15, 2014 to May 20, 2014, and thereby vacating the April 15, 2014 preliminary hearing date. The parties agree, and the Court finds and holds, as follows:

1. The defendant is currently in custody.
2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

RULE 5 TIME WAIVER
CR 4-13-71470 MAG                                     1

3. The defendant waives the time limits of Federal Rule of Criminal 5.1 for preliminary hearing.

4. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal 14 day timeline established in Rule 5.1.

5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances, the Court finds that the ends of justice served by excluding the period from April 15, 2014 to May 20, 2014, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. 3161(h)(8)(A).

6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty Magistrate Judge on May 20, 2014 at 9:30 a.m., and (2) orders that the period from April 15, 2014 to May 20, 2014, be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial calculations under 18 U.S.C. 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: April 11, 2014                              /S/
HARRIS TABACK
Attorney for Defendant

DATED:  April 11, 2014                             /S/
NATALIE LEE
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 4/11/14

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

RULE 5 TIME WAIVER
CR 4-13-71470 MAG                              2